JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZONOS FAMILY PROPERTIES, LLC, a California Limited Liability Company; SONG ZHE ZHENG; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:21-CV-01164-AB (SKx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING ALL UPCOMING DATES** |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All hearing, pretrial, and trial dates are **VACATED**.

Dated: October 12, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.